**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-2454**

—————————

KEITH MILLER,

Plaintiff - Appellant,

versus

ORANGEBURG, SOUTH CAROLINA CONSOLIDATED SCHOOL
DISTRICT FIVE,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-98-1111-5-06BD)

—————————

Submitted: May 23, 2000          Decided: September 21, 2000

—————————

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Laura P. Valtorta, Columbia, South Carolina, for Appellant. Andrea
E. White, Thomas K. Barlow, DUFF, DUBBERLY, TURNER, WHITE & BOYKIN,
L.L.C., Columbia, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Keith Miller appeals the district court's order granting the Defendant's motion for summary judgment in his racial discrimination employment action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Miller v. Orangeburg South Carolina Consol. Sch. Dist. Five</u>, No. CA-98-1111-5-06BD (D.S.C. Sept. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2